IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KASSAN KHALID MORGAN** | § | |
| | § | |
| **Petitioner** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:07-CV-1257-O** |
| | § | |
| **NATHANIEL QUARTERMAN** | § | |
| **Director, TDCJ-CID** | § | |
| | § | |
| **Respondent** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 18, 2009, the United States Magistrate Judge issued his Findings, Conclusions, and Recommendation. Doc. # 13. On April 2, 2009, Plaintiff filed his Objections to the Magistrate Judge's Findings, Conclusions and Recommendation. Doc. # 14.

After conducting a review *de novo* of all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and are hereby accepted as the Findings and Conclusions of the Court.

**SO ORDERED** this 10th day of April, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**